UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK GILTON | CIVIL ACTION |
| VERSUS | NO. 23-598 |
| JUDGE MARLA M. ABEL, ET AL. | SECTION "I" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Patrick Gilton's 42 U.S.C. § 1983 claims against defendants Judge Marla M. Abel, District Attorney Kristine Russell, and Assistant District Attorney Allie Fournet be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against immune defendants.

New Orleans, Louisiana, this 11th day of July, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE